# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-2105 DMG (MRW) | Date | November 10, 2020 |
|---|---|---|---|
| Title | Shankar Khatri v. Chad T. Wolf et al | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSAL**

Petitioner filed a notice voluntarily dismissing this case without prejudice. (Docket # 11.) This action is dismissed without prejudice.